# EXHIBIT A

Certificate of Incorporation

of

ARCHDIOCESE OF NEW YORK

Pursuant to Section 15 of the Religious Corporations Law

Dated:  August 14, 1981

Filed and Recorded in Office of
County Clerk, New York County, on
August 17, 1981, File No. 10584/81C

CUSACK & STILES
61 BROADWAY
NEW YORK, N. Y. 10006

Certificate of Incorporation

of

ARCHDIOCESE OF NEW YORK

Pursuant to Section 15 of the Religious Corporations Law

---

We, the undersigned, Terence Cardinal Cooke and Reverend
Monsignor Joseph P. Murphy, being respectively the presiding
officer and clerk or secretary of the Archdiocese of New York,
and both being persons of full age, citizens of the United States,
and residents of the State of New York, do hereby, for the
purposes of incorporating the Archdiocese of New York pursuant
to Section 15 of the Religious Corporations Law of the State of
New York, certify as follows:

1. The Archdiocese of New York is an unincorporated
ecclesiastical governing body with principal office in the
County of New York, State of New York, that was canonically
erected as a diocese and thereafter created an archdiocese by
the Holy See of the Roman Catholic Church and that has relations
with Roman Catholic dioceses and the churches thereof located
in the State of New York and elsewhere.

2. A meeting of the Archdiocese of New York attended
throughout by all the members of said unincorporated ecclesiastical
governing body, namely, the Archbishop of New York, the Vicar
General of the Archdiocese of New York and the Chancellor of the
Archdiocese of New York, was duly held at the New York Catholic

Center, 1011 First Avenue, New York, N.Y. on August 14, 1981

and the undersigned, Terence Cardinal Cooke, as the Archbishop

of New York, acted as the presiding officer of said meeting and

the undersigned, Reverend Monsignor Joseph P. Murphy, as the

Chancellor of the Archdiocese of New York, acted as the clerk

or secretary of said meeting.

3.  At said meeting, the following resolutions were

offered and unanimously adopted:

RESOLVED, that

First.  The unincorporated ecclesiastical
governing body known as the Archdiocese of New
York, as canonically erected as a diocese and
thereafter created an archdiocese by the Holy
See of the Roman Catholic Church, shall become
a corporation pursuant to the Religious Corpora-
tions Law of the State of New York under the
name of Archdiocese of New York, and shall have
the same purposes as said unincorporated ecclesi-
astical governing body.

Second.  The principal office of said
corporation shall be in the County of New York,
State of New York.

Third.  The Archbishop of New York, the Vicar
General of the Archdiocese of New York and the
Chancellor of the Archdiocese of New York, and
their respective successors, by virtue of their
offices, shall be the Trustees of said corporation.
The said Archbishop of New York, by virtue of his
office, shall be the presiding officer of said
corporation and of the Board of Trustees thereof.

Fourth.  The Trustees, with the concurrence of
the Archbishop of New York, shall have power to
adopt by-laws and regulations for the government
and management of said corporation not inconsistent
with the constitution and laws of the State of New
York and from time to time to amend or repeal the
same or adopt additional or new by-laws and
regulations.

Fifth. No part of the net earnings of said corporation shall inure to the benefit of or be distributable to its trustees, officers or other private persons, except that said corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of its corporate purposes.

Sixth. In the event of the dissolution of said corporation, no trustee, officer or other private person shall receive or be entitled to receive any of said corporation's assets, but the Board of Trustees shall, after paying or making provision for the payment of all the liabilities of said corporation, distribute all of the remaining assets of said corporation exclusively for one or more of the purposes of said corporation to such corporations, organizations or other entities, designated by the Board of Trustees, as are organized and operated exclusively for religious, charitiable or educational purposes and shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code of 1954, as the same shall then be in force, or the corresponding provisions of any future United States internal revenue law, subject to any approval or direction as may then be required by law either of a Justice of the Supreme Court of the State of New York or of any other court or judge having jurisdiction.

FURTHER RESOLVED, that Terence Cardinal Cooke, as the presiding officer of this meeting, and Reverend Monsignor Joseph P. Murphy, as the clerk or secretary thereof, are hereby authorized and directed to execute, acknowledge, file and record a certificate of incorporation pursuant to Section 15 of the Religious Corporations Law of the State of New York and to take all such other action as may be necessary or advisable in the premises to effect such incorporation.

4. At said meeting, the following persons were, by the unanimous vote of those present, named to be the

-3-

first Trustees of the corporation:

        Terence Cardinal Cooke      -   Archbishop of New York

        Rev. Msgr. Joseph T. O'Keefe  -   Vicar General of Archdiocese of New York

        Rev. Msgr. Joseph P. Murphy   -   Chancellor of Archdiocese of New York

IN WITNESS WHEREOF, we have executed this Certificate this 14th day of August , 1981.

_____
Terence Cardinal Cooke,
Archbishop of New York and ,
Presiding Officer


_____
Reverend Monsignor Joseph P. Murphy,
Chancellor of Archdiocese of New
York and Secretary

-4-

STATE OF NEW YORK   )
                      : ss.:
COUNTY OF NEW YORK  )

On the *14th* day of *August*, 1981, before me personally

came TERENCE CARDINAL COOKE, to me known and known to me to be the

individual described in and who executed the foregoing instrument

and he acknowledged to me that he executed the same.

[Notarial Seal]

                                   Notary Public

ANNE E. DOHENY
Notary Public, State of New York
No. 24-0378575
Qualified in Kings County
Commission Expires March 30, 19 _83_

STATE OF NEW YORK   )
                      : ss.:
COUNTY OF NEW YORK  )

On the *14th* day of *August*, 1981, before me personally

came REVEREND MONSIGNOR JOSEPH P. MURPHY to me known and known to

me to be the individual described in and who executed the fore-

going instrument and he acknowledged to me that he executed the

same.

                                   Notary Public

[Notarial Seal]

ANNE E. DOHENY
Notary Public, State of New York
No. 24-0378575
Qualified in Kings County
Commission Expires March 30, 19 _83_

# EXHIBIT B

# Certificate of

# INCORPORATION

OF

The *Chapel of the Nativity*

*of Our Blessed Lady*

OF

*Borough of New York.*

𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖈𝖆𝖙𝖊 𝖔𝖋 𝕴𝖓𝖈𝖔𝖗𝖕𝖔𝖗𝖆𝖙𝖎𝖔𝖓 of the _Church of the Nativity of Our Blessed Lady_____, whose

principal place of worship is at _____

_____ in the _Borough_ of _Bronx_____, County of

_Bronx_____ and State of _New York_____.

State of New York,  
County of _Bronx_ ⎫ ss.

𝖂𝖍𝖊𝖗𝖊𝖆𝖘, in pursuance of an act of the Legislature of the State of New York, known as the Religious Corporation Law, being Chapter 723 of the Laws of the State of New York, passed May 23, 1895, and in pursuance of Article III, Section 50 of said act,

We, _Patrick J. Hayes_____ the Roman Catholic

Archbishop of the Diocese of New York,_____

_____ _John J. Dunn_____ the Vicar General of said Diocese

_____ _Robert A. Ross_____ the Rector of the

_Church of the Nativity of Our Blessed Lady_

whose principal place of worship is located in the _Borough of Bronx_ of

_Bronx County, New York_ and in the Diocese of New York

(of which said _Patrick J. Hayes_____ is Archbishop,

and said _John J. Dunn_____ is

Vicar General) have selected and appointed _George Rohrey_

_____ and _Thomas Mc Mahon_ two laymen,

members of said Church, Trustees of said Church, as provided in said Law.

𝖆𝖓𝖉 𝖂𝖍𝖊𝖗𝖊𝖆𝖘, we, whose names are hereto subscribed are desirous of incorporating said Church, or the Congregation thereof, pursuant to said Law.

𝕹𝖔𝖜, 𝕿𝖍𝖊𝖗𝖊𝖋𝖔𝖗𝖊, 𝕶𝖓𝖔𝖜 𝖆𝖑𝖑 𝕸𝖊𝖓 𝖇𝖞 𝖙𝖍𝖊𝖘𝖊 𝕻𝖗𝖊𝖘𝖊𝖓𝖙𝖘, That we do hereby certify that the name or title by which we and our successors shall be known as a body corporate by said law is _Church of the Nativity of Our Blessed Lady, Bronx, N.Y._, and that the principal place of worship of said Church is located in said _County of Bronx_____ in the Diocese of New York, and that we are Trustees thereof.

**In Witness Whereof,** we have signed these presents in duplicate, one part thereof to be filed in the Office of the Clerk of said County of _Bronx_

_____and have acknowledged the same according to law.

Dated _New York_ this _26th_ _December_

. No..................

State of New York,
County of Bronx } ss.:

I, JAMES A. DONEGAN, Clerk of the said County and Clerk of the Supreme Court of said State for said County, Do CERTIFY, That I have compared the preceding with the original certificate of Incorporation of

_Church of the Nativity of Our_
_Blessed Lady of Bronx_

on file in my office; and that the same is a correct therefrom, and of the whole of such original. Indorsed Filed.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal, this ___ day of ___ 191_

_Robert L. Moran_

Clerk.

1

_____personally came

_Patrick J. Hayes_

the Roman Catholic Archbishop of the Diocese of New York, and also_____

_John F. Dunn_

the Right Reverend Vicar General of said Diocese, severally known to me to be two of the persons described in, and who executed the within Instrument, and they severally acknowledged to me that they executed the same.

_William F. Plunkett_

NOTARY PUBLIC, No. 257
NEW YORK COUNTY
CERTIFICATE FILED IN REGISTER'S OFFICE No. 5212
TERM EXPIRES MARCH 30, 1925

State of New York,
County of New York, } ss.:

No. **49** Series B

Form 1

I, JAMES A. DONEGAN, Clerk of the County of New York, and also Clerk of the Supreme Court for the said County, the same being a Court of Record, having a seal, DO HEREBY CERTIFY, That

_William F. Plunkett_

whose name is subscribed to the deposition or certificate of the proof or acknowledgment of the annexed instrument, and thereon written, was, at the time of taking such deposition, or proof and acknowledgment, a Notary Public in and for such County, duly commissioned and sworn, and authorized by the laws of said State, to take depositions and to administer oaths to be used in any Court of said State and for general purposes; and also to take acknowledgments and proofs of deeds, of conveyances for land, tenements or hereditaments in said State of New York. And further, that I am well acquainted with the handwriting of such Notary Public, and verily believe that the signature to said deposition or certificate of proof or acknowledgment is genuine.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said Court and County, the ___ day of ___ 192_

_James A. Donegan_

Clerk.

same.

_William F. Plunkett_

NOTARY PUBLIC, No. 257
NEW YORK COUNTY
CERTIFICATE FILED IN REGISTER'S OFFICE No. 5212
TERM EXPIRES MARCH 30, 1925

FEE PAID FOR CERTIFICATION

𝔍𝔫 𝔚𝔦𝔱𝔫𝔢𝔰𝔰 𝔚𝔥𝔢𝔯𝔢𝔬𝔣, we have signed these presents in duplicate, one part thereof to be filed in the Office of the Clerk of said County of _Bronx_

_____and have acknowledged the same according to law.

Dated _New York_ this _26th_ day of _December_

year of our Lord one thousand nine hundred and _twenty-four_

signed in the presence of

_William F. Plunkett_

_Patrick J. Hayes_
_John J. Dunn, V.G._
_Robert A. Ross_
_George J. Rohrey_
_Thomas J. McMahon_

State of New York,
County of _New York_ } ss.

his _26th_ day of _December_ in the year of our Lord

and nine hundred and _twenty-four_ before me personally came

_Patrick J. Hayes_

the Roman Catholic Archbishop of the Diocese of New York, and also

_John J. Dunn_

the Right Reverend Vicar General of said Diocese, severally known to me to be two of the persons described in, and who executed the within Instrument, and they severally acknowledged to me that they executed the same.

_William F. Plunkett_

NOTARY PUBLIC NO. 257
NEW YORK COUNTY
CERTIFICATE FILED IN REGISTER'S OFFICE No. 5212
TERM EXPIRES MARCH 30, 1925

State of New York,
City and County of _New York_ } ss.

On this _26th_ day of _December_ in the year of our Lord

one thousand nine hundred and _twenty-four_ before me personally came

_Robert A. Ross_

the Rector of the _Church of the Nativity of Our Blessed Lady_

and also _George Rohrey_ and _Thomas McMahon_

severally known to me to be three of the persons described in, and who executed the within Instrument, and they severally acknowledged to me that they executed the same.

_William F. Plunkett_

NOTARY PUBLIC, NO. 257
NEW YORK COUNTY
CERTIFICATE FILED IN REGISTER'S OFFICE No. 5212
TERM EXPIRES MARCH 30, 1925